# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFAEL BARBA | : | CIVIL ACTION |
| v. | : | CASE NO. 11-7337 (CMR) |
| CONTENT DATA SOLUTIONS, INC., | : | |
| THOMAS INDUSTRIAL NETWORK INC., | : | |
| THOMAS PUBLISHING COMPANY, | : | |
| THOMAS TECHNOLOGY SOLUTIONS INC., | : | |
| ROBERT TERRY, | : | |
| And | : | |
| BART MIKULSKI. | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

      Kindly enter our appearances on behalf of all defendants in this matter.

Dated: February 22, 2012    /s/ Neil J. Hamburg
                                        Neil J. Hamburg

                                        /s/ Cameron J. Etezady
                                        Cameron J. Etezady
                                        HAMBURG & GOLDEN, P.C.
                                        1601 Market Street, Suite 3310
                                        Philadelphia, PA 19103
                                        T: (215) 255-8590
                                        F: (215) 255-8583
                                        hamburgnj@hamburg-golden.com
                                        etezadycj@hamburg-golden.com
                                        Attorneys for All Defendants

CERTIFICATE OF SERVICE

I, Cameron J. Etezady, hereby certify that the foregoing entry of appearance has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the foregoing was served by regular mail February 22, 2012, on the following:

        Ari Karpf, Esquire
        Christine Burke, Esquire
        Karpf, Karpf, & Certti, P.C.
        3331 Street Road
        Two Greenwood Square, Suite 128
        Bensalem, PA 19020

        Gershom R. Smith, Esquire
        Proskauer Rose, LLP
        Eleven Times Square
        New York, NY 10036-8299

        Matthew H. Haverstick, Esquire
        Lorie K. Dakessian, Esquire
        Conrad O'Brien, P.C.
        1500 Market Street, Suite 3900
        Centre Square West Tower
        Philadelphia, PA 19102-2100

        /s/ Cameron J. Etezady
        CAMERON J. ETEZADY