### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFAEL BARBA | : CIVIL ACTION |
| v. | : CASE NO. 11-7337 (CMR) |
| CONTENT DATA SOLUTIONS, INC., | : |
| et al. | : |

WITHDRAWAL OF COUNSEL

TO THE CLERK OF THE DISTRICT COURT:

      Kindly withdraw my appearance on behalf of all defendants in the above captioned matter. My withdrawal will not affect the rights of my clients or the progress of this matter as the defendants will continue to be represented by Neil J. Hamburg, Esquire and Cameron J. Etezady, Esquire.

Dated: February 29, 2012     /s/ Gershom R. Smith
                                          GERSHOM R. SMITH

                                          PROSKAUER ROSE, LLP
                                          Eleven Times Square
                                          New York, NY 10036-8299

CERTIFICATE OF SERVICE

  I, Gershom R. Smith, certify that on February 29, 2012, the foregoing withdrawal of appearance was filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the withdrawal of appearance was served by regular mail upon the following:

>Ari Karpf, Esquire
>Christine Burke, Esquire
>Karpf, Karpf, & Certti, P.C.
>3331 Street Road
>Two Greenwood Square, Suite 128
>Bensalem, PA 19020
>
>Matthew H. Haverstick, Esquire
>Lorie K. Dakessian, Esquire
>Conrad O'Brien, P.C.
>1500 Market Street, Suite 3900
>Centre Square West Tower
>Philadelphia, PA 19102-2100
>
>Neil J. Hamburg
>Cameron J. Etezady
>HAMBURG & GOLDEN, P.C.
>1601 Market Street, Suite 3310
>Philadelphia, PA 19103

      /s/ Gershom R. Smith
      GERSHOM R. SMITH

27526663v1