## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFAEL BARBA | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | No. 11-7337-CMR |
| | : | |
| v. | : | |
| | : | |
| CONTENT DATA SOLUTIONS, INC., | : | |
| THOMAS INDUSTRIAL NETWORK | : | |
| INC., d/b/a THOMASNET OR | : | |
| THOMPCOMP, INC., | : | |
| THOMAS PUBLISHING COMPANY, | : | |
| THOMAS TECHNOLOGY SOLUTIONS | : | |
| INC., d/b/a THOMASNET, | : | |
| ROBERT TERRY, and | : | |
| BART MIKULSKI | : | |
| | : | |
| Defendants. | : | |
| | : | |

### WITHDRAWAL OF COUNSEL

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance on behalf of all Defendants in the above captioned

matter.  Neil J. Hamburg, Esquire and Cameron Etezady, Esquire, of the law firm of Hamburg &

Golden, P.C., have entered their appearances and will continue to represent the Defendants in

this matter.

/s/ Matthew H. Haverstick
Matthew H. Haverstick, Esquire
Conrad O'Brien PC
1500 Market Street, Centre Square
West Tower – Suite 3900
Philadelphia, PA  19102
215-864-9600

Dated: February 29, 2012

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Withdrawal of appearance to be electronically filed pursuant to the Court's electronic court filing system, and that the document is available for downloading and viewing from the electronic court filing system, and also has been served by regular mail on the following:

Ari R. Karpf
Christine E. Burke
KARPF, KARPF & CERUTTI, P.C.
3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, Pa 19020
215-639-0801
Fax: 215-639-4970

Counsel for Plaintiff Rafael Barba

Neil J. Hamburg, Esquire
Cameron Etezady, Esquire
Hamburg & Golden, P.C.
1601 Market Street
Suite 3310
Philadelphia, PA 19103-1443
Phone: 215-255-8590
Fax: 215-255-8583

Counsel for Defendants
Content Data Solutions, Inc., Thomas Industrial Network Inc.,
Thomas Publishing Company, Thomas Technology Solutions, Inc.,
Robert Terry and Bart Mikulski

/s/ Matthew H. Haverstick
Matthew H. Haverstick, Esquire

Date: February 29, 2012