IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAFAEL BARBA,** : | |
| Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | **NO. 11-7337** |
| : | |
| **CONTENT DATA SOLUTIONS, INC.,** : | |
| et al., : | |
| Defendants. : | |

# O R D E R

**AND NOW**, this 28th day of March 2012, after a telephone conference with the parties, the Court hereby enters the following Scheduling Order to govern further proceedings in this case:

1. Fact discovery shall be completed on or before **July 23, 2012.** Plaintiff's expert reports must be completed by **July 23, 2012.** Defendant's expert reports must be completed by **August 23, 2012.**

2 All motions for summary judgment and partial summary judgment shall be filed on or before **September 23, 2012.** The parties shall conform their motions and any responses, replies, or sur-replies to the form and schedule outlined in Attachment A.

3. The parties, through counsel, shall report to the Court in writing with respect to whether the case is settled on or before **May 30, 2012.** In the event the case is not settled, counsel shall include in their joint report a statement as to whether they believe a settlement conference before a magistrate judge, mediation under Local Civil Rule 53.3 [a copy of which is attached hereto as Attachment B] and the Mediation Protocol Under Local Civil Rule 53.3, or some other form of alternative dispute resolution might be of assistance in resolving the case and, if so, on what form of alternative dispute resolution they agree and by what date they will be prepared to commence such proceedings.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**