IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFAEL BARBA | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No.: 11-7337 |
| | : | |
| v. | : | |
| | : | |
| CONTENT DATA SOLUTIONS, INC. | : | |
| and | : | |
| THOMAS INDUSTRIAL NETWORK | : | |
| INC., d/b/a THOMASNET OR | : | |
| THOMPCOMP, INC. | : | |
| and | : | |
| THOMAS PUBLISHING COMPANY | : | |
| and | : | |
| THOMAS TECHNOLOGY SOLUTIONS | : | |
| INC., d/b/a THOMASNET | : | |
| and | : | |
| ROBERT TERRY | : | |
| and | : | |
| BART MIKULSKI | : | |
| | : | |
| Defendants. | : | |
| | : | |

**JOINT REPORT REGARDING THE SUITABILITY OF
ALTERNATE DISPUTE RESOLUTION**

The Parties make this joint report pursuant to the Honorable Court's Order of March 28, 2012. The Parties have completed written discovery but are still in the process of scheduling depositions in this matter.

At this time, the parties do not believe that any form of alternative dispute resolution ("ADR") might be of assistance in resolving this case. If the Parties re-evaluate their position and wish to pursue some form of ADR, they will report back to this Honorable Court at that time.

Respectfully Submitted,

| | |
|---|---|
| s/ Cameron J. Etezady | /s Christine E. Burke |
| Cameron J. Etezady, Esq. | Christine E. Burke, Esq. |
| Hamburg & Golden P.C. | Karpf, Karpf & Cerutti, P.C. |
| 1601 Market Street | 3331 Street Road |
| Suite 3310 | Two Greenwood Square, Suite 128 |
| Philadelphia, PA 19103 | Bensalem, PA 19020 |
| Telephone: (215) 255-8590 | Telephone: (215) 639-0801 |
| Fax: (215) 255-8583 | Fax: (215) 639-4970 |
| Attorney for Defendants | Attorneys for Plaintiff |

Dated: May 30, 2012