# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFAEL BARBA | CIVIL ACTION |
| Plaintiff, | No.: 11-7337 |
| v. | |
| CONTENT DATA SOLUTIONS, INC. | |
| et al, | |
| Defendants. | |

FILED
JUN 15 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## STIPULATION FOR AMENDMENT OF PLEADING

It is hereby stipulated pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, by and between Christine E. Burke, counsel for Plaintiff, and Cameron J. Etezady, counsel for Defendants, that Plaintiff may file his First Amended Complaint, a copy of which is attached hereto.

/s/ Christine E. Burke
Christine E. Burke, Esq.
Karpf, Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwood Sq., Suite 128
Bensalem, PA 19020
(215) 639-0801

/s/ Cameron J. Etezady
Cameron J. Etezady, Esq.
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103
(215) 255-8591

The foregoing Stipulation is hereby APPROVED as an Order of the Court.

The Honorable Cynthia Rufe

ENTERED
JUN 15 2012
CLERK OF COURT