```
                    UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| RAFAEL BARBA                 : | CIVIL ACTION |
|     v.                       : | CASE NO. 11-7337 (CMR) |
| THOMCOMP, INC.,              : |  |
| THOMAS PUBLISHING COMPANY,   : |  |
| THOMAS TECHNOLOGY SOLUTIONS INC., : |  |
| ROBERT TERRY,                : |  |
|     and                      : |  |
| BART MIKULSKI.               : |  |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

      Kindly enter our appearances on behalf of THOMCOMP, Inc. in this matter.

Dated: June 25, 2012    /s/ Neil J. Hamburg
                                 Neil J. Hamburg

                                 /s/ Cameron J. Etezady
                                 Cameron J. Etezady

                                 HAMBURG & GOLDEN, P.C.
                                 1601 Market Street, Suite 3310
                                 Philadelphia, PA 19103
                                 T: (215) 255-8590
                                 F: (215) 255-8583
                                 hamburgnj@hamburg-golden.com
                                 etezadycj@hamburg-golden.com
                                 Attorneys for All Defendants

<u>CERTIFICATE OF SERVICE</u>

I, Cameron J. Etezady, hereby certify that the foregoing entry of appearance has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the foregoing was served by regular mail June 25, 2012, on the following:

>Ari Karpf, Esquire
>Christine Burke, Esquire
>Karpf, Karpf, & Certti, P.C.
>3331 Street Road
>Two Greenwood Square, Suite 128
>Bensalem, PA 19020
>Philadelphia, PA 19102-2100

>/s/ Cameron J. Etezady
>CAMERON J. ETEZADY