```
                    UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

|  |  |
|---|---|
| RAFAEL BARBA | CIVIL ACTION |
| v. | CASE NO. 11-7337 (CMR) |
| THOMCOMP, INC., | |
| THOMAS PUBLISHING COMPANY, | |
| THOMAS TECHNOLOGY SOLUTIONS INC., | |
| ROBERT TERRY, | |
| and | |
| BART MIKULSKI. | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE DISTRICT COURT:

      Kindly enter our appearances on behalf of THOMCOMP, Inc. in this matter.

Dated: June 25, 2012      /s/ Neil J. Hamburg
                                       Neil J. Hamburg

                                       /s/ Cameron J. Etezady
                                       Cameron J. Etezady

                                       HAMBURG & GOLDEN, P.C.
                                       1601 Market Street, Suite 3310
                                       Philadelphia, PA 19103
                                       T: (215) 255-8590
                                       F: (215) 255-8583
                                       hamburgnj@hamburg-golden.com
                                       etezadycj@hamburg-golden.com
                                       Attorneys for All Defendants

CERTIFICATE OF SERVICE

I, Cameron J. Etezady, hereby certify that the foregoing entry of appearance has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the foregoing was served by regular mail June 25, 2012, on the following:

>Ari Karpf, Esquire
>Christine Burke, Esquire
>Karpf, Karpf, & Certti, P.C.
>3331 Street Road
>Two Greenwood Square, Suite 128
>Bensalem, PA 19020
>Philadelphia, PA 19102-2100

>/s/ Cameron J. Etezady
>CAMERON J. ETEZADY