UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| RAFAEL BARBA | : CIVIL ACTION |
| v. | : CASE NO. 11-7337 (CMR) |
| THOMCOMP, INC., THOMAS PUBLISHING COMPANY THOMAS TECHNOLOGY SOLUTIONS, INC., ROBERT TERRY and BART MIKULSKI | : |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

      Kindly enter my appearance on behalf of all defendants in this matter.

Dated: July 9, 2012

/s/ Thomas B. Roberts
THOMAS B. ROBERTS

HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103
T: (215) 255-8590
F: (215) 255-8583
robertstb@hamburg-golden.com

Attorneys for All Defendants

<u>CERTIFICATE OF SERVICE</u>

I, Thomas B. Roberts, hereby certify that the foregoing entry of appearance has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the foregoing was served by regular mail July 9, 2012, on the following:

> Ari Karpf, Esquire
> Christine Burke, Esquire
> Karpf, Karpf, & Certti, P.C.
> 3331 Street Road
> Two Greenwood Square, Suite 128
> Bensalem, PA 19020
> Philadelphia, PA 19102-2100

/s/ Thomas B. Roberts
THOMAS B. ROBERTS