UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFAEL BARBA | : | CIVIL ACTION |
| | : | |
| v. | : | CASE NO. 11-7337 (CMR) |
| | : | |
| CONTENT DATA SOLUTIONS, INC., | : | |
| | : | |
| et al. | : | |

WITHDRAWAL OF COUNSEL

TO THE CLERK OF THE DISTRICT COURT:

      Kindly withdraw my appearance on behalf of all defendants in the above captioned matter. My withdrawal will not affect the rights of my clients or the progress of this matter as the defendants will continue to be represented by Neil J. Hamburg, Esquire.

Dated: _____July 9_____, 2012      /s/ Cameron J. Etezady
                                                      CAMERON J. ETEZADY

                                                      HAMBURG & GOLDEN, P.C.
                                                      1601 Market Street, Suite 3310
                                                      Philadelphia, PA 19103

**CERTIFICATE OF SERVICE**

I, Chamia M. Green, certify that on July 9, 2012, the foregoing withdrawal of appearance has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the withdrawal of appearance was served by regular mail upon the following:

>Ari Karpf, Esquire
>Christine Burke, Esquire
>Karpf, Karpf & Certti, P.C.
>3331 Street Road
>Two Greenwood Square, Suite 128
>Bensalem, PA 19020

/s/ Chamia M. Green
CHAMIA M. GREEN