

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFEAL BARBA | : | CIVIL ACTION NO. |
| | : | |
| vs. | : | |
| | : | |
| THOMCOMP, INC., et al | : | 11-7337 |

**FILED**
SEP 13 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### O R D E R

AND NOW, this 13th day of September, 2012, it is hereby **ORDERED** that a telephonic pretrial conference in the above captioned matter has been scheduled for October 4, 2012 at 2:00 p.m. **All** parties necessary to settle the case or delegate(s) with **full** authority **must also be available by phone**, unless excused by this court in advance.

_____
CAROL SANDRA MOORE WELLS
CHIEF UNITED STATES MAGISTRATE JUDGE

**ENTERED**
SEP 13 2012
CLERK OF COURT