UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFAEL BARBA | : | CIVIL ACTION |
| v. | : | CASE NO. 11-7337 (CMR) |
| THOMCOMP, INC., THOMAS PUBLISHING COMPANY THOMAS TECHNOLOGY SOLUTIONS, INC., ROBERT TERRY and BART MIKULSKI | : | |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

    Please withdraw my appearance on behalf of all defendants in this matter.

Dated: September 17, 2012  /s/ Thomas B. Roberts
NEIL J. HAMBURG
THOMAS B. ROBERTS
ID Nos. 32175 and 31196
HAMBURG & GOLDEN, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA 19103
(215) 255-8590

Attorneys for All Defendants

CERTIFICATE OF SERVICE

      I, Jodi S. Wilenzik, hereby certify that the foregoing withdrawal of appearance has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the foregoing was served by regular mail September 17, 2012, on the following:

           Ari Karpf, Esquire
           Christine Burke, Esquire
           Karpf, Karpf, & Certti, P.C.
           3331 Street Road
           Two Greenwood Square, Suite 128
           Bensalem, PA 19020
           Philadelphia, PA 19102-2100


                                /s/ Jodi S. Wilenzik
                                JODI S. WILENZIK