**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| RAFAEL BARBA | : | CIVIL ACTION |
|  | : |  |
| v. | : | CASE NO. 11-7337 (CMR) |
|  | : |  |
| THOMCOMP, INC., | : |  |
| THOMAS PUBLISHING COMPANY | : |  |
| THOMAS TECHNOLOGY SOLUTIONS, | : |  |
| INC., ROBERT TERRY and | : |  |
| BART MIKULSKI | : |  |
|  | : |  |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE DISTRICT COURT:

Please enter my appearance on behalf of all defendants in this matter.

Dated: September 17, 2012    /s/ Jodi S. Wilenzik
    NEIL J. HAMBURG
    JODI S. WILENZIK
    ID Nos. 32175 and 89205
    HAMBURG & GOLDEN, P.C.
    1601 Market Street, Suite 3310
    Philadelphia, PA 19103
    (215) 255-8590

    Attorneys for All Defendants

<u>CERTIFICATE OF SERVICE</u>

I, Jodi S. Wilenzik, hereby certify that the foregoing entry of appearance has been filed electronically and is now available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a copy of the foregoing was served by regular mail September 17, 2012, on the following:

Ari Karpf, Esquire
Christine Burke, Esquire
Karpf, Karpf, & Certti, P.C.
3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
Philadelphia, PA 19102-2100


/s/ Jodi S. Wilenzik
JODI S. WILENZIK