**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RAFEAL BARBA            :     CIVIL ACTION
                                :
            v.                   :
                                :
THOMCOMP, INC., *et al*       :     NO.  11-7337

## ORDER

      **AND NOW**, this 24th day of September, 2012, it is hereby **ORDERED** that the above-captioned case is **SPECIALLY LISTED** for trial to commence on October 25, 2012 at 10:30 a.m. in Courtroom 3F, U.S. Courthouse, 601 Market Street, Philadelphia, PA.  Trial is expected to last until November 1, 2012

Trial Counsel are:

                 Christine E. Burke
                 Karpf & Karpf
                 3331 Street Road
                 Two Greenwood Square, Suite 128
                 Bensalem, PA 19020

                 Ari Risson Karpf
                 Karpf & Karpf
                 3331 Street Road
                 Two Greenwood Square, Suite 128
                 Bensalem, PA 19020

                 Neil J. Hamburg
                 Hamburg & Golden PC
                 1601 Market Street, Suite 3310
                 Philadelphia, PA 19103-1443

                 Thomas Roberts
                 Hamburg & Golden PC
                 1601 Market Street, Suite 3310
                 Philadelphia, PA 19103-1443

                                 BY THE COURT:

                                _____
                                CAROL SANDRA MOORE WELLS
                                Chief United States Magistrate Judge

cc:     Counsel
         Thomas J. Clewley,  Administrative Services Manager