

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAFEAL BARBA             :    CIVIL ACTION
                         :
       v.                :
                         :
THOMCOMP, INC., *et al*  :    NO. 11-7337

### ORDER

**AND NOW**, this 10th day of October, 2012, it is hereby **ORDERED** that the above-captioned case is **SPECIALLY LISTED** for trial to commence on January 9, 2013 at 10:30 a.m. in Courtroom 3F, U.S. Courthouse, 601 Market Street, Philadelphia, PA. Trial is expected to last until January 16, 2012

Trial Counsel are:

> Christine E. Burke
> Karpf & Karpf
> 3331 Street Road
> Two Greenwood Square, Suite 128
> Bensalem, PA 19020
>
> Ari Risson Karpf
> Karpf & Karpf
> 3331 Street Road
> Two Greenwood Square, Suite 128
> Bensalem, PA 19020
>
> Neil J. Hamburg
> Hamburg & Golden PC
> 1601 Market Street, Suite 3310
> Philadelphia, PA 19103-1443
>
> Jodi S. Wilenzik
> Schnader Harrison Segal & Lewis LLP
> 1600 Market Street, Suite 3600
> Philadelphia, PA 19103

BY THE COURT:

_____
CAROL SANDRA MOORE WELLS
Chief United States Magistrate Judge

cc: Counsel
    Thomas J. Clewley, Administrative Services Manager