IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFEAL BARBA | : | CIVIL ACTION NO. |
| vs. | : | |
| THOMCOMP, INC., et al | : | 11-7337 |

## ORDER

AND NOW, this 15th day of November, 2012, it is hereby **ORDERED** that the telephonic pretrial conference in the above captioned matter has been rescheduled to December 4, 2012 at 2:00 p.m. for an in-house conference. **All** parties necessary to settle the case or delegate(s) with **full** authority must attend, unless excused by this court in advance.

CAROL SANDRA MOORE WELLS
CHIEF UNITED STATES MAGISTRATE JUDGE