# EXHIBIT A

Case 2:11-cv-07337-CSMW   Document 57-1   Filed 12/03/12   Page 1 of 3

# RAFAEL J. BARBA
P.O. Box 581, Southeastern Pa 19399
rbchesco@verizon.net

### Professional Objective:

Seeking an opportunity in consultative sales, or related position, requiring a results-oriented individual with proven interpersonal and leadership abilities that will utilize his diverse experience and skills.

### Professional Summary:
(See "Addendum to Resume" for Highlights and Performance Metrics)

**December 2001 to February 2009:**
GE Capital – Trailer Fleet Services. North American Headquarters. A 300 MM Revenue Leasing Firm. Business-to-Business consultative Sales for Canada ('02-'03), the West Coast ('03-'08) and the Mid West ('08-'09) Regions. Responsible for Business Development and Existing Accounts. (GE opted to restructure the business).

**September 2000 to December 2001:**
College Directory Publishing, Inc. Conshohocken, Pa. Headquarters. A 15 MM Revenue Advertising Firm. Account Executive. Responsible for new and existing advertisers in the Yellow Pages of college directories and in aroundcampus.com. (The Company merged with the Yellow Pages).

**Dec. 1999 to Sept. 2000:** Proprietor: Internet Import & Export Business – S. America / United States.

**September 1997 to December 1999:**
Bell Atlantic Yellow Pages. (Verizon) Mid Atlantic Regional Headquarters.
Sales: Responsible for business development & existing advertisers. (The Co. merged with GTE, becoming Verizon).

### LANGUAGES

- Bilingual (Spanish & English) with basic knowledge of French.

### ENTREPRENEURIAL BACKGROUND

- Presently proprietor of R.E. Leasing Business / Former proprietor of R.E. Developing Business and of Court & Corporate Interpreting Business.

### Education:

Villanova University: B.S. Degree in Accounting.

### PROFESSIONAL DEVELOPMENT:

- Certified by General Electric (GE) as a Green Belt in the Six Sigma Methodology.
- Certified by the Courts as a Spanish / English / Spanish Interpreter & Translator.

## Addendum to Resume
(Highlights and Performance Metrics)

## RAFAEL J. BARBA
P.O. Box 581, Southeastern Pa 19399
rbchesco@verizon.net

**December 2001 to February 2009:**
GE Capital – Trailer Fleet Services. North American Headquarters. A 300 MM Revenue Leasing Firm.

Business-to-Business consultative Sales at C level. Responsible for Business Development and Existing Accounts. Accomplishments and Metrics:

- Grew customer base by an annual net average of 16.5% or by a total of 174 new customers, from 176 in 2002 to 350 in 2008.

- Increased the corresponding annual revenue from $ 1.9 MM in 2001 to $ 3.5 MM in 2008 or by 84%.

- Initiated the practice of partnering with the top revenue producing customers and taking a consultative approach in customizing their Rental and Lease rates, thereby achieving the indicated results.

### GE AWARDS:

- In June of 2006, received the first-of-a-kind recognition award for consistently meeting and exceeding sale, lease and rental targets, placing first amongst peers.

- Was featured on the Spotlight on Growth in 2006 for having retained and grown the rental customer base, achieving 124% of Plan, as follows:

**September 2000 to December 2001:**
College Directory Publishing, Inc. Conshohocken, Pa. Headquarters. A 15 MM Revenue Advertising Firm.

- Business-to Business Account Executive.
- Grew assigned College Directory Markets by 35% in the 2001 – 2002 Publications, increasing advertising revenue by $ 175,000.

**December 1999 to September 2000:**
Proprietor: Internet Import & Export Business – South America / United States.

- The nine month attempt at business formation failed because of the sudden collapse of the Ecuadorian currency and the ensuing impact on international commerce, causing the eventual adoption of the US Dollar.

**September 1997 to December 1999:**
Bell Atlantic Yellow Pages. (Verizon) Mid Atlantic Regional Headquarters.

- Business-to-Business Account Executive / Received the "Top Dog" award in 1999.
- Met and exceeded the assigned advertising revenue growth by 15% in 1998 and by 28% in 1999, respectively generating $130,000 and $ 270,000 in additional revenue.