# EXHIBIT B



A GE Capital Company

Transport International Pool, Inc.
426 W. Lancaster Avenue, Devon, PA 19333-1510
610-647-4900

December 5, 2001                                        REVISED

Mr. Rafael J. Barba
1518 Morgan Lane
Wayne, PA  19087-1110

Dear Rafael:

We are pleased to offer you the position of Inside Sales Representative, at a straight time wage of $19.23. Your work hours will be 9:00am to 6:00pm Eastern Time, Monday through Friday. As an employee, you will also be eligible to participate in TIP/Modular Space's comprehensive set of benefit plans. Provided you enroll within 31 days of your first day of work, you and your eligible dependents may participate in medical, dental and life insurance coverage beginning on your date of hire. Other plans require a waiting period before you can participate.

You are eligible to participate in a variable incentive compensation plan, which rewards individuals for their success against business and/or individual objectives. Your quarterly target opportunity for a full quarter of participation will be $1,750. Target opportunity amounts are provided for reference only and do not constitute a guarantee or promise of payment. Any incentive payment you receive could be less than the target amount (including $0), equal to the target amount, or greater than the target amount (up to the established maximum opportunity). Any payments will also be made in accordance with the provisions of the variable incentive plan text for your position.

This offer is contingent upon certain conditions described in the enclosed "**Acknowledgment– Conditions of Employment**", which you need to sign and return. You will also need to sign and return the Integrity - Spirit & Letter policy (just the signature page) that is enclosed as well. Both forms must be returned by 12/17/01 using the instructions on the Acknowledgment Form. Since one of the contingencies is a pre-employment drug-screening test, you will need to contact Choice Point at 800-336-3627 within 48 hours of acceptance. Please indicate to Choice Point that your HR Contact is Sheryl Loos. You will be asked to furnish the following information: BUC#: EB-7024.

We have assigned you a "buddy" who will serve as a guide during your orientation. Your "buddy" is Nancy Bostock. She will be a helpful resource to answer questions and assist you, as you become familiar with the organization.

GE 0037

We are looking forward to having you as a member of our organization and believe that this position will provide you with the kind of challenge and career growth you are seeking.

If you have any questions, please contact me at 610-225-2857.

Sincerely,

*Dusty Ward*

Dusty Ward
Manager, Customer Service

Enclosures:	Acknowledgment - Conditions of Employment *(Action Required)*
　　　　　　　EIPIA
　　　　　　　Lists of Acceptable Documents (I-9)
　　　　　　　Benefits Summary
　　　　　　　Spirit & Letter *(Action Required)*
　　　　　　　Resolve Booklet

cc:	Human Resources