# EXHIBIT C


**Trailer Fleet Services**

**Job Description**

| Last Updated: 3/1/07 | Template Number: |
|---|---|
| *Posted Position Title: | [redacted] |
| Job Type: | Inside Sales Representative |
| Function: | [Sales] |
| Job Family: | #N/A |
| Headcount Type: | #N/A |
| Manager Eligible (Yes/No) | #N/A |
| Industry Focus Group: | #N/A |
| OFCCP Compliant Flag: (Yes or No) | Yes |
| Career Level: (Co-op/Intern, Entry-level, Experienced) | Experienced |
| Corporate Career Band: | TIP PB..PB.Professional.VIC |

**Summary Of Position**

**Essential Responsibilities:**
1. Exceed revenue and growth targets through trailer rental, lease, storage and trailers sales.
2. Function as customer advocate and primary sales contact for Customers in an assigned portfolio
3. Utilize consultative approach to evaluate and understand customer business and needs.
4. Define and communicate TFS value proposition and tailor to customer needs.
5. Develop prospects into an active customers, re-activate existing non-renting customers
6. Identify high potential customers/revenue generating and transition to Territory Sales Managers for development
7. Make outbound sales calls to exiting/prospective Customers in the assigned segment.
8. Work in partnership with field based teams. to help guarantee achievement of revenue targets
9. Utilize available computer technology in order to manage accounts productively

**MINIMUM QUALIFICATIONS:**
To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

**Requirements:**
1. BS/BA degree or at least four years inside sales experience
2. At one least year sales experience

3. Excellent phone presence and interpersonal skills

4. Excellent verbal and written skills

5. Proven skill in closing sales via phone

6. Proven follow-up skills Results oriented: capable of bringing transactions to closure

7. Demonstrated success in evaluating customer needs and developing action plans

8. Ability to utilize consultative selling processes

9. Ability to assess tasks and prioritize high potential customers effectively 10. Ability to work effectively with multiple functions

**Preferred Requirements:**
1. Inside sales experience a plus

**General:**
Bonus Eligible

PHYSICAL DEMANDS:
The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

1. While performing the duties of this job, the employee is regularly required to sit; use hands to finger, handle, or feel objects, tools, or controls; and talk or hear. The employee is occasionally required to stand, walk, and reach with hands and arms.

2. The employee must occasionally lift and/or move up to 10 pounds. Specific vision abilities required by this job include close vision, distance vision, color vision, peripheral vision, and the ability to adjust focus.

WORK ENVIRONMENT:
The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

1. General office environment Division and Branch locations

2. While performing the duties of this job, the employee occasionally works near a shop or yard where moving mechanical parts are present

3. The noise level in the work environment is usually moderate.

GE 0019