# EXHIBIT E

*rec.— 7.21.08*

| | |
|---|---|
| DATE: | December 14, 2007 |
| TO: | Rafael Barba |
| FROM: | Mike Abbamondi |
| RE: | Performance Improvement Plan |

This letter is a formal notification to inform you that your overall performance is not at a satisfactory level. Specifically, your low performance to Op plan is unacceptable and need to be corrected.

Specific examples of your substandard performance include:

- Rafael's performance to Op Plan is 72.4% at the end of October 2007. The ISR team (without Rafael's) is averaging 86.1%.

You will be measured on the criteria noted in the table attached to this Performance Improvement Plan ("PIP"):

During the period of the PIP from December 17, 2007 to March 14, 2008, I will work with you closely to provide ongoing support and feedback. I encourage you to ask for guidance if you are in need of further clarification or direction. We will meet at our weekly scheduled 1 on 1 time to review the status of your performance. In the event that you do not significantly improve and sustain your performance during and beyond this time, further disciplinary action will be taken, up to and including termination of your employment. If you successfully complete this PIP and we thereafter find your performance unacceptable, you will be subject to further disciplinary action, up to and including termination of your employment, without first placing you on a subsequent Performance Improvement Plan.

Rafael, I sincerely hope that you will be successful in improving these performance areas. I am available to assist you at any time during this process.

Sincerely,

*[signature]*
Mike Abbamondi

I have read and understood the above.

*[signature]* Rafael Barba    Date 12/14/07

cc: HR Manager

*[handwritten note: I have signed this but I do not agree that it accurately represents my performance and I reserve the right to add comments within the next few days. RB]*

GE 0072

DATE:    March 25, 2007
TO:      Rafael Barba
FROM:    Mike Abbamondi
RE:      Performance Improvement Plan -- Extension of Original PIP dated 12-14-08 due to territory change at Rafael Barba's request.

This letter is a formal notification to inform you that your overall performance is not at a satisfactory level. Specifically, your low performance to Op plan is unacceptable and need to be corrected.

Specific examples of your substandard performance include:

- Rafael's performance to Op Plan is 71.33% at the end of December 2007. The ISR team (without Rafael's) is averaging 86.1%.
- 2 LTL activates in 2007 (team avg 33) / 0 YTD in 2008
- 4 Trailers sold in 2007 (team avg 20) / 0 YTD 2008

You will be measured on the criteria noted in the table attached to this Performance Improvement Plan ("PIP"):

During the period of the PIP from March 25, 2008 to June 11, 2008, I will work with you closely to provide ongoing support and feedback. I encourage you to ask for guidance if you are in need of further clarification or direction. We will meet at our weekly scheduled 1 on 1 time to review the status of your performance. In the event that you do not significantly improve and sustain your performance during and beyond this time, further disciplinary action will be taken, up to and including termination of your employment. If you successfully complete this PIP and we thereafter find your performance unacceptable, you will be subject to further disciplinary action, up to and including termination of your employment, without first placing you on a subsequent Performance Improvement Plan.

Rafael, I sincerely hope that you will be successful in improving these performance areas. I am available to assist you at any time during this process.

Sincerely,

Mike Abbamondi

I have read and understood the above.

Rafael Barba

3/25/08
Date

cc: HR Manager

| Improvement / Development Needs (What specific improvement/development needs have been identified?) | Action Steps (What improvement / development actions are to be taken?) | Target dates When should each action be completed | Progress Reviews (How often to meet) |
|---|---|---|---|
| LTL activates = 0 | • Achieve 3 units activates in LTL | • June 11, 2008 | Weekly |
| Units sold = 0 | • Achieve 8 units sold | • June 11, 2008 | Weekly |
| Rental | • Achieve 200 rental activates | • June 11, 2008 | Weekly |
|  |  |  |  |
|  |  |  |  |

Employee Name: Rafael Barba

Manager Name: Mike Abbamondi

GE 0075

6/12/08

| Start 3-25-08 | 85 | 1 | | | | | |
|---|---|---|---|---|---|---|---|
| End 6-11-08 | 163 | 78 | | | | | |
| | | | | | | | |
| Date | | | Final | Day 66 | Day 37 | Day 23 | |
| Var | | Goal by 6-11-08 | 6/11/2008 | 5/29/2008 | 4/30/2008 | 4/16/2008 | 4/10/2008 |
| | Trailer Sales | 8 | Met | 9 | 5 | 3 | 3 |
| | LTL | 3 | Not Met | 0 | 0 | 0 | 0 |
| | Rental | 200 | Met | 236 | 91 | 50 | 39 |
| | | | | | | | |
| Projection | Trailer Sales | | | | | | |
| Projection | LTL | | | | | | |
| Projection | Rental | | | | | | |

6-12-08 Rafael met with the Trainer Sales + Rental Tonnents But did not meet the LTL targets.

PIP completed to my Satisfaction.

Rafael drew 3 units in the LTL pipeline that should close by end of June.

I informed Rafael that from the time of his PIP he needs to continue his current performance level or be subject to further action.

GE 0073