# EXHIBIT F

Rafael Barba

```
1      A    Yes.
2      Q    And was it that for most of the time you
3    were there or did it go up?
4      A    It had gone up gradually, but I would say
5    within 10 percent of that -- that was the salary.
6    It had gone up from ten percent til then.
7      Q    Got it.  And in terms of commissions -- I
8    know those can vary -- but what was your personal
9    goal of commissions for you?
10     A    Well, they were very tough times.
11   Anywhere from about 10 to $40,000, about that.  It
12   varied.
13     Q    So there were times that you recall
14   earning $40,000 in commission at GE?
15     A    Again, I can not exactly answer your
16   question because it varied so much, and there were
17   bonuses sometimes too, but I would say between
18   ten -- and yeah, the upper level would be about 40.
19     Q    Any disciplinary problems there?
20     A    Not at all.
21     Q    Any performance problems at GE?
22     A    Not at all.
23     Q    I forgot to ask you.  Have you ever
24   declared bankruptcy?
```