# EXHIBIT G

Introducing...

# ThomasNet.com
Powered by Thomas Register® and Thomas Regional®

For the Best Industrial Search Results...Go Straight to the Source

**Employment Earnings History**

- Company Name - PE TRAILER FLEET SERVICES
- Title - SALES
- Starting Salary - $40,000
- Ending Salary - $46,000
- (Last Year/Ending) $46,000
- Total Salary - $55,000
- Total Commission Earnings – $9,000
- Total Earnings - $55,000

- Company Name - College Directory Publishing
- Title - SALES
- Starting Salary - $36,000
- Ending Salary - $36,000
- (Last Year/Ending) $36,000
- Total Salary - $42,000
- Total Commission Earnings – $6,000
- Total Earnings - $42,000

- Company Name -
- Title -
- Starting Salary -
- Ending Salary -
- (Last Year/Ending)
- Total Salary -
- Total Commission Earnings –
- Total Earnings -

ATTRAINED BUS. FORMALLY

- Company Name -
- Title -
- Starting Salary -
- Ending Salary -
- (Last Year/Ending)
- Total Salary -
- Total Commission Earnings –
- Total Earnings -

- Company Name -
- Title -
- Starting Salary -
- Ending Salary -
- (Last Year/Ending)
- Total Salary -
- Total Commission Earnings –
- Total Earnings -

TC 0130