

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAFAEL BARBA | CIVIL ACTION |
| Plaintiff, | No.: 11-7337 |
| v. | |
| CONTENT DATA SOLUTIONS, INC. | |
| et al, | |
| Defendants. | |

### STIPULATION FOR AMENDMENT OF PLEADING

It is hereby stipulated pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, by and between Christine E. Burke, counsel for Plaintiff, and Neil J. Hamburg, Esq, counsel for Defendants, that Plaintiff may file his Second Amended Complaint, a copy of which is attached hereto.

| | |
|---|---|
| /s/ Christine E. Burke | /s/ Neil J. Hamburg |
| Christine E. Burke, Esq. | Neil J. Hamburg, Esq. |
| Karpf, Karpf & Cerutti, P.C. | Hamburg & Golden, P.C. |
| 3331 Street Road | 1601 Market Street, Suite 3310 |
| Two Greenwood Sq., Suite 128 | Philadelphia, PA 19103 |
| Bensalem, PA 19020 | (215) 255-8591 |
| (215) 639-0801 | |

**ENTERED**
**DEC 11 2012**
**CLERK OF COURT**

The foregoing Stipulation is hereby APPROVED as an Order of the Court.

_____
The Honorable Carol Sandra Moore Wells, U.S.M.J.